NOBLE, J.,
CONCURRING IN PART AND DISSENTING.IN PART:
I concur with- Justice Venters’ excellent analysis on all. the issues in this case except for his answer to question 1A, as to whether the statement “I am the only Republican candidate for judge” is permissible. I do not think it is. In the' same discussion, he concludes that it is NOT permissible to say, “I am' the conservative Republican candidate for judge.” Both the term “only”,and the term “conservative” are modifiers and immediately precede the phrase “Republican candidate.” Thus, whatever the modifier may be, both sentences are discussing “the ... Republican candidate.” As the majority explains, Republicans (Democrats) do not have a party candidate in non-partisan judicial elections, and saying that one is “the Republican candidate” is inappropriate and misleading. I can make no distinction between the two sentences at issue, and thus would find that neither . is permissible. Our Constitution requires that, judicial candidates be non-partisan candidates, and declaring oneself to be any kind of Republican (or Democratic) candidate adds partisanship .to, the actual candidacy, rather than stating in which political party one has membership.
Wright, J., joins.